UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAKENZIE PAULY, et al.,

              Plaintiffs,

    v.

STANFORD HEALTH CARE,

              Defendants.

Case No.  18-cv-05387-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 8/20/21 at 3:00 PM.
Counsel *must* file a joint case management statement seven days (8/13/2021) in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 5/6/2022.

DESIGNATION OF EXPERTS: 6/1/2022; REBUTTAL: 6/20/2022;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 7/15/2022.

DISPOSITIVE MOTIONS **SHALL** be filed by; 7/22/2022;
    Opp. Due: 8/4/2022; Reply Due: 8/12/2022;
    and set for hearing no later than 8/26/2022 at 10:00 AM.

PRETRIAL PAPERWORK due: 9/20/2022
PRETRIAL CONFERENCE DATE: 10/4/2022 at 3:30 PM.

JURY TRIAL DATE: 10/17/2022 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 6-7 court days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

United States District Court
Northern District of California

1    The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects

2    of the case, including settlement.  Parties **SHALL** conform to the attached instructions.
     Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this

3    action.

         **IT IS SO ORDERED**.

4

5    Dated: May 21, 2021

6

7                                               SUSAN ILLSTON
                                                United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28