UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKENZIE PAULY,<br><br>          Plaintiff,<br><br>    v.<br><br>STANFORD HEALTH CARE,<br><br>          Defendant. | Case No. 18-cv-05387-SI<br><br>**ORDER REGARDING DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 104 |

Plaintiff filed a unilateral discovery letter brief on December 14, 2021. Dkt. No. 104. The Court instructs defendant to file a response, not to exceed two pages, by January 4, 2022. The Court further instructs plaintiff to file a reply to defendant's response by January 11, 2022.

**IT IS SO ORDERED**.

Dated: December 28, 2021

Susan Illston

SUSAN ILLSTON
United States District Judge