UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKENZIE PAULY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STANFORD HEALTH CARE,<br><br>　　　　　Defendant. | Case No. 18-cv-05387-SI<br><br>**ORDER CONTINUING HEARING**<br><br>Re: Dkt. No. 105 |

On January 14, 2022, the Court ordered defendant to provide the audit trail for plaintiff's medical records produced in 2021 or clearly identify where exactly in the medical record the Court may find the information, "[3] Chief complaint for coming to ED '(h)ad and appendectomy a month ago, left hospital without pain being controlled, referred to pain clinic, getting worse, came to ED and went to Sutter, had a procedure which made the pain worse a "block", burning since then and it's not stopping, original pain is there, stabbing, pinching ongoing, topical cream helped, pain 10/10, not able to walk due to pain.'" Dkt. No. 104 (quoted from Plaintiff's Fifth Discovery Letter Brief). Plaintiff alleges the above-quoted information is contained in a set of medical records printed in 2009 but is missing from subsequently produced records. Defendant was ordered to produce the audit trail and/or identify the exact location of the allegedly missing information by February 4, 2022. Dkt. No. 120.

Plaintiff's pending motion for sanctions involves, among other matters, the alleged discrepancy in medical records discussed above. Dkt. No. 105 at 13-15. Because defendant's production of the audit trail and/or identification of the allegedly missing information in the 2021

record will bear directly on plaintiff's motion for sanctions, the Court finds it appropriate to **VACATE** the hearing scheduled for January 27, 2022, and **CONTINUE** the hearing to <u>**March 4, 2022 at 10:00 AM.**</u>

**IT IS SO ORDERED**.

Dated: January 25, 2022

_____
SUSAN ILLSTON
United States District Judge