UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAKENZIE PAULY,

Plaintiff,

v.

STANFORD HEALTH CARE,

Defendant.

Case No.  18-cv-05387-SI

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR PENDING MOTION AND RELATED DISCOVERY DISPUTES**

Re: Dkt. Nos. 104, 129, 130, 134

Before the Court is plaintiff's motion for terminating sanctions based on alleged spoliation of evidence, refusal to obey discovery orders, and other discovery abuses. Dkt. No. 104. The Court is presently scheduled to hear arguments on the motion on March 4, 2022. Also before the Court is an ongoing dispute pertaining to the production of plaintiff's medical records. Dkt. Nos. 104 (plaintiff's initial letter brief), 120 (court's order), 129 (declaration of custodian of records filed in response to order), 134 (plaintiff's objection to defendant's responsive declaration).

The parties are scheduled to participate in a settlement conference on April 13, 2022, before Magistrate Judge Beeler. Having carefully considered the pending matters, the Court finds it appropriate to refer to a magistrate judge the motion for terminating sanctions and the ongoing discovery dispute pertaining to plaintiff's medical records. In particular, the Court refers the pending matters to Magistrate Judge Hixon. The Court respectfully requests that, to the extent feasible, the magistrate judge address the pending matters before the April 13, 2022 settlement conference. The Court **VACATES** the March 4, 2022 hearing.

**IT IS SO ORDERED**.

Dated: February 28, 2022

_____
SUSAN ILLSTON
United States District Judge