CAROLYN L. NORTHROP, Bar No. 237989
SCHUERING ZIMMERMAN & DOYLE
400 University Avenue
Sacramento, CA 95825-6502
(916) 567-0400
FAX 568-0400

**FILED**

May 11 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Attorneys for Defendant, STANFORD HEALTH CARE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKENZIE PAULY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STANFORD HEALTH CARE (Formally Known as Stanford Hospital and Clinics), et al.,<br><br>　　　　　Defendants. | Case No.: 3:18-CV-05387-SI<br><br>STIPULATION AND (~~PROPOSED~~) ORDER CONTINUING DISCOVERY HEARING |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, as follows:

　　　　1.　　That the discovery hearing currently scheduled for May 24, 2022, at 10:00 a.m. (Doc #144), be rescheduled to a date available for both Plaintiff, MAKENZIE PAULY, and counsel for Defendant, STANFORD HEALTH CARE.

　　　　2.　　The parties have confirmed they are both available for the hearing to be rescheduled to <u>June 2, 2022</u>, at 10:00 a.m. , by Zoom.

Dated: <u>5/10/2022</u>　　　　　　

　　　　　　　　　　　　　　　　　By _*Makenzie Pauly*_____
　　　　　　　　　　　　　　　　　　　MAKENZIE PAULY
　　　　　　　　　　　　　　　　　　　Plaintiff, IN PRO PER

/ / /

-1-
STIPULATION AND (~~PROPOSED~~) ORDER CONTINUING DISCOVERY HEARING
CASE NO. 3:18-CV-05387-SI

Dated: 05/11/2022                                  **SCHUERING ZIMMERMAN & DOYLE, LLP**

By _____
       CAROLYN L. NORTHROP
       Attorneys for Defendant
       STANFORD HEALTH CARE

**[~~PROPOSED~~] ORDER**

Based upon the parties' stipulation, the discovery hearing scheduled for May 24, 2022, at 10:00 a.m. (Doc #144), is hereby rescheduled to June 2, 2022, at 10:00 a.m.

Dated: May 11, 2022

_____
JUDGE OF THE U.S. DISTRICT COURT
Thomas S. Hixson, U.S. Magistrate Judge