UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAKENZIE PAULY, et al.,

    Plaintiffs,

v.

STANFORD HEALTH CARE,

    Defendants.

Case No. 18-cv-05387-SI  (SI)

**FIRST AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

Dkt. 197

The Court adjusts the Pretrial Preparation Order as follows:

DISPOSITIVE MOTIONS:
    Plaintiff's Reply for her Cross-Motion for Summary Judgment shall be due: 9/2/2022;
    Hearing on Motion and Cross-Motions for Summary Judgment: 9/16/2022 at 10 a.m.. via Zoom webinar.

PRETRIAL PAPERWORK due: 9/27/2022
PRETRIAL CONFERENCE DATE: 10/11/2022 at 3:30 PM.

JURY TRIAL DATE: 10/17/2022 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 6-7 court days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: August 31, 2022

_____
SUSAN ILLSTON
United States District Judge