UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKENZIE PAULY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STANFORD HEALTH CARE,<br><br>　　　　　Defendant. | Case No. 18-cv-05387-SI<br><br>**JUDGMENT** |

The Court has granted defendant's motion for summary judgment, and denied plaintiff's cross-motion for summary judgment. Accordingly, judgment is entered in favor of defendant and against plaintiff.

**IT IS SO ORDED AND ADJUDGED.**

Dated: September 29, 2022

_____
SUSAN ILLSTON
United States District Judge